626 A.2d 1136

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Wilberto RODRIGUEZ, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 29, 1993.

Decided May 26, 1993.

Mark D. Mungello, Philadelphia, for W. Rodriquez.

Ronald Eisenberg, Frances G. Gerson, Asst. Dist. Atty., Catherine Marshall, Philadelphia, for the Com.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

176

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.